# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. MARSHALL NELSON                                      Docket No. 3:03CR00287 (PCD)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Steven J. Lambert, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Marshall Nelson who was sentenced to 56 months imprisonment for a violation of 18 U.S.C. Section 922 (g) (1), Possession of a Firearm by a Convicted Felon by the Honorable Christopher F. Droney, U.S. District Judge sitting in the court at Hartford, Connecticut on June 10, 2004 who fixed the period of supervision at 3 years which commenced on August 17, 2007 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant is prohibited from possessing a firearm or other dangerous weapon; 2) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Officer; 3) The defendant is required to participate in a mental health program approved by the U.S. Probation Officer; and, 4) The defendant is required to participate in an educational or vocational program, unless gainfully employed, as approved by the U.S. Probation Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

**Charge No. 1 : Standard Condition:** "The defendant shall not commit another federal, state or local crime."

A Hartford Police Department incident report reflects that on January 17, 2008, Marshall Nelson was arrested in Hartford, Connecticut after being observed by undercover narcotics officers engaging in a drug transaction, in violation of Connecticut State Statutes, 21A278A, Sale of Narcotics, 21A278A, Possession with Intent to Sell and 21A278AB, Controlled Substance within 1500 feet of School. Mr. Nelson is being detained at the Hartford Correctional Center on a $50,000 bond and is scheduled to appear in Hartford Superior Court on February 21, 2008. Evidence in support of this charge includes arrest report number 08-2370 and eyewitness testimony of the arresting officers ( L. Ruiz, badge No. G47) and (J. Perez, badge No. G98).

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue to be lodged as a detainer and tolling Mr. Marshall's term of supervised release.

**ORDER OF COURT**

Considered and ordered this 12th day of February, 2008 and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Sworn to By _____
          Steven J. Lambert
          Senior United States Probation Officer

Place _____Hartford_____

Date _____2/12/08_____

Before me, the Honorable Christopher F. Droney United States District Judge, on this 12th day of February, 2008 at Hartford, Connecticut , U.S. Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Christopher F. Droney
United States District Judge